IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

BRENDA DARLENE BISHOP                 §

VS.                                   §                    CIVIL ACTION NO. 6:09cv346

COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION        §

<u>ORDER ADOPTING REPORT AND RECOMMENDATION</u>

The Court referred the above-entitled and numbered civil action to United States Magistrate

Judge John D. Love.  The Magistrate Judge presented for consideration the Magistrate Judge's

Report, containing proposed findings of fact and recommendations for disposition.  No objections

were filed.

This Court finds that the Magistrate Judge's findings and conclusions are correct and adopts

them as the Court's findings and conclusions.  The Court therefore

**ORDERS**, **ADJUDGES,** and **DECREES** that this action is **DISMISSED** with prejudice;

and

**ORDERS** that all motions not previously ruled on are denied.

**So ORDERED and SIGNED this 23rd day of June, 2010.**

**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**